# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY,<br><br>Defendant. | Case No.: 3:22-cv-00166-AJB-MMP<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>[ECF No. 57] |

Before the Court is the Parties' Joint Motion to Amend Scheduling Order ("Joint Motion."). [ECF No. 57.] The Parties jointly request the Court amends its Scheduling Order Regulating Putative Class Discovery and Other Pre-Trial Proceedings, [ECF No. 47], to extend deadlines to complete class discovery and the filing of a motion for class certification by 31 days, [ECF No. 57.] In support, the Parties state they "have worked diligently to meet the current deadlines but need an additional month" to exchange additional written discovery, a Rule 30(b)(6) deposition, and a deposition of Plaintiff. [*Id.*]
///

1  The Court, having reviewed the Parties' Joint Motion, and finding good cause,
2  hereby **GRANTS** the Joint Motion. IT IS HEREBY ORDERED that the Scheduling Order
3  is modified as follows:
4  1.  The deadline to complete all discovery for Plaintiff's motion for class
5  certification is **December 18, 2023**.
6  2.  The deadline for Plaintiff to file a motion for class certification is **January**
7  **15, 2024**.
8  **IT IS SO ORDERED**.
9  Dated:  November 1, 2023

_____
Honorable Michelle M. Pettit
United States Magistrate Judge