UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY,<br><br>Defendant. | Case No.: 22-cv-0166-AJB-MMP<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>[ECF No. 59] |

Before the Court is the Parties' Joint Motion to Amend Scheduling Order ("Joint Motion."). [ECF No. 59.] The Parties jointly request the Court amends its Scheduling Order Regulating Putative Class Discovery and Other Pre-Trial Proceedings to extend the deadline to file a motion for class certification. [ECF Nos. 47, 59.] In support, the Parties state that they are "work[ing] diligently to meet the current deadlines but need an additional month to" "assess the results of the Rule 30(b)(6) deposition and deposition of Plaintiff, both of which are scheduled to take place in December." [*Id.* at 2.]

/ /

1  The Court, having reviewed the Parties' Joint Motion, and finding good cause,
2  hereby **GRANTS** the Joint Motion. IT IS HEREBY ORDERED that the deadline for
3  Plaintiff to file any discovery motions related to class certification, initially set for
4  November 24, 2023, [*id.*], is **December 29, 2023**.

5  **IT IS SO ORDERED**.

6  Dated:  November 28, 2023

_____
HON. MICHELLE M. PETTIT
United States Magistrate Judge