

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Minerva Chavez Individually, and on behalf of all others similarly situated

Plaintiff,

V.

Allstate Northbrook Indemnity Company

Defendant.

Civil Action No.   22-cv-166-AJB-MMP

**CLERK'S JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Allstate is entitled to Summary Judgment as to the breach of the implied covenant of good faith and fair dealing claim. Accordingly, the Court Grants Allstate's Motion for Summary Judgment. The case is hereby closed.

Date:   6/25/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Quinata

M. Quinata, Deputy